IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

FILED
DEC 1 1 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

LAURA MECHEM,

    *Plaintiff,*

Civil Action No.: 3:06-CV-0119-WCB

v.

GREENTREE MORTGAGE CORPORATION,
ALLIANCE FUNDING,
  a division of SUPERIOR BANK, F.S.B.,
EMC MORTGAGE CORPORATION,

    *Defendants.*

## Agreed Order of Dismissal

Upon the application of the parties who represent that the plaintiff's claims against the defendant Greentree Mortgage Corporation have been discharged and satisfied through settlement, it is this 10th day of December, 2007,

**ORDERED** that plaintiff's claims against the defendant Greentree Mortgage Corporation be, and hereby are, dismissed with prejudice.

Nothing herein shall effect the pendency of the plaintiff's remaining claims against Alliance Funding or EMC Mortgage Corporation.

The exceptions and objections of all agrieved parties are noted and preserved for the record.

The Clerk of the Court will forward an attested copy of this order to all parties and counsel of record.

                                          The Honorable John P. Bailey

1

We ask for this:

_____
Paul B. Weiss
**Martin & Seibert, L.C.**
P.O. Box 1286
Martinsburg, WV 25402-1286
*Counsel for defendant Greentre*

_____
Aaron C. Amore
James T. Kratovil
Kratovil & Amore PLLC
211 West Washington Street
PO Box 337
Charles Town, WV 25414
*Counsel for plaintiff*